U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 26 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS ALAN FAULK, ET AL.** | *CIVIL NO. 6:16-0244 |
| **VERSUS** | *JUDGE DOHERTY |
| **SHELL PIPELINE CO., LP** | *MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [rec. doc. 6] is **GRANTED** and, accordingly, the claims of plaintiffs Thomas Alan Faulk, Dolores W. Faulk Family, LLC, Jeffrey Charles Faulk, Michael Walton Faulk, William Winston Faulk, Cheryl Elizabeth Walton, Karen Elise Walton Dubose, Pamela Lynn Walton, Katherine Patrice Hains, Janis Lynn Walton Coignard, James E. Knobloch, Nicole J. Knobloch Wallace, Katherine R. Knobloch, Joanna Vail Walton and Bernard L. Knobloch, Jr. are **DISMISSED WITH PREJUDICE.**

Lafayette, Louisiana, this 26th day of May, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE